# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                    ORDER
                                      Criminal File No. 07-353(1) (MJD)


MARTIN SANCHEZ-BARRERA,

          Defendant.
_____

Andrew S. Dunne and Kimberly A. Svendsen, Assistant United States Attorneys, Counsel for Plaintiff.

Alejandro A. Espinosa, Counsel for Defendant.
_____

This matter is before the Court upon Defendant's Motion to Amend the Presentence Investigation Report ("PSR").

The Defendant was sentenced on April 22, 2008. At the end of the sentencing hearing, the Defendant challenged paragraph 43 of the PSR to the extent it provided that he had never filed tax returns. The Court allowed the Defendant an opportunity to submit evidence establishing that he has, in fact, filed tax returns. The Defendant's current motion, however, does not address the

issue of tax returns.  Instead, the Defendant seeks to challenge many aspects of

the PSR that were previously addressed by the Court, such as whether the

Defendant should receive a reduction for a minor role and whether the

Defendant was entitled to a safety-valve reduction.

Title 18 U.S.C. § 3582 (c) provides that a Court may modify a sentence that

has been imposed: 1) upon motion of the Director of the Bureau of Prisons; 2) as

permitted by statute or Rule 35 of the Federal Rules of Criminal Procedure; and

3) if the Defendant was sentenced based on a sentencing range that subsequently

was lowered by the Sentencing Commission.

There is no motion before the Court from the Bureau of Prisons, nor was

the applicable sentencing range lowered.   Fed. R. Crim. P. 35(a) provides that a

Court may, within seven days of sentencing, correct a sentence that was imposed

due to an arithmetical, technical or other clear error.  The Defendant's motion

does not fall within this provision, however.  See Fed. R. Crim. P. 35 advisory

committee notes (noting this section not intended to afford the Court the

opportunity to reconsider the application or interpretation of the sentencing

guidelines or for the Court to change its mind.)

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Amend the

Presentence Investigation Report [Doc. No. 28] is DENIED.

Date: May 7, 2008


s / Michael J. Davis
Michael J. Davis
United States District Court

Crim. No. 07-353